UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL BUSH, BUSH TRUCK LEASING, INC., and BUSH SPECIALTY VEHICLES, INC., | : : : : |
| Plaintiffs, | : Civil Action No. 1:15cv745 : : Judge Susan Dlott |
| v. | : : |
| ELEMENT FINANCIAL CORP. and STEVE GROSSO, | : : : |
| Defendants. | : : |

**NOTICE OF APPEARANCE**

Robert P. Johnson of the law firm of Thompson Hine LLP, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202, hereby gives notice of his appearance in this matter as counsel for Defendants Element Financial Corp. and Steve Grosso.

Respectfully submitted,

/s/  Robert P. Johnson
Robert P. Johnson, Esquire (0040109)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH  45202
(513) 352-6769
Rob.Johnson@ThompsonHine.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Notice of Appearance will be served on all counsel of record through the Court's ECF system this 14th day of December, 2015.

/s/  Robert P. Johnson