THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Bush, et al.

v.

Element Financial Corp., et al.

Case No. 1;15cv745
Judge: Susan Dlott
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Element Financial Corp.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✓ YES    ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   Element Financial Corporation

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ✓ YES    ___ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   See above.

Signature of Counsel                                Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Corporate Disclosure Statement will be served on all counsel of record through the Court's ECF system this 14th day of December, 2015.

/s/  Robert P. Johnson
Robert P. Johnson, Esquire (0040109)